# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

## APPEARANCE

2005 MAR 30 P 12: 23

CASE NUMBER: 3:03CR251(JBA)
3:03CR251(CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Xiomara Henao

Date: 3/30/05

Connecticut Federal Bar Number: 26252

Telephone Number: (203) 336-2626

Fax Number: (203) 335-0607

E-mail address: tinasypekdamato law @ yahoo.com

Signature: Tina Sypek D'Amato

Print Clearly or Type Name: Tina Sypek D'Amato

Address: 135 Elm Street
Bridgeport, CT 06604

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Michael Stanton Hillis
129 Whitney Ave
New Haven, CT

In-Hand to
AUSA Mark Rubino

Signature: Tina Sypek D'Amato

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001