United States District Court
District of Connecticut
FILED AT NEW HAVEN
_3/30_____ 2005
Kevin F. Rowe, Clerk
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------x
:
UNITED STATES OF AMERICA         :      3:03 CR 250 (JBA)
:      3:03 CR 251 (JBA)
v.                               :
:
XIOMARA HENAO                    :      DATE: MARCH 30, 2005
:
---------------------------------------------------x

## ORDER

In accordance with Rule 4 of the Local Rules of Criminal Procedure, all discovery shall proceed in accordance with the Standing Order for Discovery.

Any substantive motions, such as motions to dismiss or motions to suppress, together with memoranda in support, shall be filed on or before **April 20, 2005**. The Government shall file its memoranda in opposition to defendant's motion(s) on or before **May 11, 2005**. If oral argument or evidentiary hearings are necessary, they shall be requested in writing, on or before **May 13, 2005**.

Jury selection is tentatively scheduled for **June 1, 2005, at 9:00 a.m.**, subject to the time between arraignment and trial being extended while the Court has motions under consideration or otherwise as the Court may order.

Dated at New Haven, Connecticut, this 30th day of March, 2005.

SO ORDERED.


JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE