UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **Criminal No: 3:02cr250 (JBA)** |
| | | **3:02cr251 (JBA)** |
| **XIOMARA HENAO** | : | |

**ENDORSEMENT AND SUPPLEMENTAL SCHEDULING ORDER**

      Defendant's Motion for an extension to file substantive motions [**#84**] is Granted, with the understanding that a speedy trial waiver will be filed forthwith. Pursuant to Fed.R.Crim.P. 17.1, the following shall constitute a summary of the supplemental schedule ordered:

1. Defendant's pretrial motions shall be filed by June 1, 2005.

2. Government's response shall be filed by June 16, 2005.

3. Jury Selection is set down for July 6, 2005 at 9:00 a.m., Courtroom Two.

4. Proposed jury voir dire and request to charge shall be filed by June 27, 2005, please supply a disk with this information on it for chambers.

5. Pretrial conference shall be held on June 22, 2005 at 2:30 p.m.

      IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: April   19 ,2005