UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:03CR251(JBA) |
| | : | |
| XIOMARA HENAO | : | |

ORDER DISMISSING INDICTMENT

The government has moved pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure 48(a) to dismiss the Indictment in this case against defendant Xiomara Henao. The government's motion is hereby GRANTED, and the indictment in this case is DISMISSED.

It is further ordered that the U.S. Marshals Service shall take whatever steps necessary to facilitate the release of defendant Henao, who is presently detained at York Correctional Institution.


_____          Dated: _____
JANET BOND ARTERTON
United States District Judge




cc:   Mark Rubino, Esq.
      Tina D'Amato, Esq.
      U.S. Marshals Service